UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Stephen Roy Randall,
Jill Renee Bedow,

Plaintiffs,

ORDER

vs.

Minnesota Comprehensive
Epilepsy Program, et. al.,

Defendants. Civ. No. 00-2067 (DWF/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 21st day of September, 2000.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a routine review, in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Plaintiffs' application to proceed in forma pauperis.

As a part of that application, the Plaintiffs have jointly submitted a single, incomplete "Application to Proceed Without Prepayment of Fees and Affidavit" form. In this form, the Plaintiffs have averred that, during the past twelve months, Plaintiff Jill Renew Bedow has received money via disability or workers compensation payments. However, the Plaintiffs have failed to describe each source of money, and have also failed to specify the amount

FILED SEP 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

received, and the amount that is expected to be received in the future, from this source of income. As such, because the Plaintiffs have failed to fully complete this Application to Proceed Without Prepayment of Fees form, and because no form has been submitted, for Plaintiff Steven Roy Randall, we are unable to determine whether they are entitled to entitled to proceed in forma pauperis.

NOW, THEREFORE, It is --

ORDERED:

1. That the Clerk of Court shall return to the Plaintiffs two blank copies of the Clerk's "Application to Proceed Without Prepayment of Fees and Affidavit" form.

2. That should the Plaintiffs wish to pursue this action, then, **by no later than twenty days from the date of this Order**, they are to submit two completed, individualized copies of the "Application to Proceed Without Prepayment of Fees and Affidavit" form.

3. That, should the Plaintiffs fail to comply with any of these directives, including the time limitation noted, the Court shall issue a Recommendation that their application for in forma pauperis status [Docket No. 2] be denied, without prejudice.

4. That the Clerk of Court shall not issue a Summons, nor transmit process for the U.S. Marshal to serve, until further Order of this Court.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE