UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Stephen Roy Randall,
Jill Renee Bedow,

Plaintiffs,

ORDER

vs.

Minnesota Comprehensive
Epilepsy Program, et. al.,

Defendants.

Civ. No. 00-2067 (DWF/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 11th day of October, 2000.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a routine review, in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Plaintiffs' application to proceed in forma pauperis.

As a part of that application, the Plaintiffs have averred that that they do not own any real estate, stocks, bonds, securities, or other valuable possessions. Also, the Plaintiffs attest that, during the past twelve months, they have not received any money from businesses, rent payments, pensions, annuities, or other sources of income. Rather, according to the Plaintiffs, they each

6

FILED OCT 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

are living on Social Security benefits payments, which total approximately $600.00 per month.[1]

Given these showings, we conclude that the Plaintiffs are entitled to proceed in forma pauperis. Therefore, the Plaintiffs' application to proceed in forma pauperis is granted. See, Title 28 U.S.C. §1915(a)(1).

NOW, THEREFORE, It is --

ORDERED:

1. That the Plaintiffs' applications for in forma pauperis status [Docket Nos. 2, 4, and 5] are granted.

2. That the Clerk of Court shall issue a Summons and the United States Marshal shall serve a copy of the Complaint and Summons upon each of the Defendants as directed by the Plaintiffs, and that all costs of service shall be advanced by the United States.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

[1]The Plaintiff, Steven Roy Randall, also attested that he earned approximately $2400.00 during the past eight months through his employment with Productive Alternatives, Inc.