**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Steven Roy Randall and Jill Renee Bedow,

Plaintiffs,

v.

Minnesota Comprehensive Epilepsy Program; Robert Jerome Gumnit, M.D.; Ilo Elmar Leppik, M.D.; Douglas Heck; St. Joseph's Medical Center, Brainerd, Minnesota; Thomas Prusak, Administrator; Nicholas Berneier, M.D.; John C. Hammerly, M.D.; Minnesota Department of Human Services; Michael O'Keefe, Commissioner; and Terry Sluss, Crow Wing County Commissioner,

Defendants,

and

Brainerd Medical Center and Curtis J. Nielsen,

Respondents.

Civil No. 00-2067 (DWF/RLE)

**ORDER**

---

Steven R. Randall, Pro Se, 1204 Norwood, Brainerd, MN 56401, and Jill R. Bedow, Pro Se, 1204 Norwood, Brainerd, MN 56401, Plaintiffs.

John R. Bland, Esq., and Charles A. Gross, Esq., Meagher & Geer, 4200 Multifoods Tower, 33 South Sixth Street, Minneapolis, MN 55402; Steven R. Schwegman, Esq., and Mary B. Mahler, Esq., Quinlivan & Hughes, 600 Norwest Center, 400 First Street South, P.O. Box 1008, St. Cloud, MN 56302; Kathryn Messerich, Esq., Halleland, Lewis, Nilan, Sipkins & Johnson, 220 Sixth Street South, Suite 600, Minneapolis, MN 55402; and Cynthia Jahnke, Assistant Attorney General, 445 Minnesota Street, Suite 1400, St. Paul, MN 55101, counsel for Defendant.

Lora E. Mitchell, Esq., Fredrikson & Byron, 1100 International Center, 900 Second Avenue South, Minneapolis, MN 55402-3787, counsel for Respondents.

---

FILED MAR 28 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

The above-entitled matter is scheduled for a dispositive motion hearing brought by the Defendants on April 4, 2001. The Court has been informed that the above-named Plaintiff, Jill Bedow, was civilly committed to Brainerd Regional Hospital on or about March 12, 2001.

Based upon the present procedural status of the case, the civil commitment status of Plaintiff Jill Bedow, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. The motion set for April 4, 2001, is hereby continued to Friday, June 15, 2001, at 11:30 a.m. The Court reserves the right to designate the hearing date tentatively set for Friday, June 15, 2001, at 11:30 a.m., for a status conference to be held by way of a telephone conference. To that extent, the Court reserves the right to reset the hearing to a later date. Further, the Court reserves the right to appoint a guardian *ad litem*, pursuant to Rule 17 of the Federal Rules of Civil Procedure, for Plaintiff Jill Bedow.

Dated: March 28, 2001

DONOVAN W. FRANK
Judge of United States District Court

**MEMORANDUM**

It is the Court's intent to allow each party to have input into the procedural status of this case on or before June 15, 2001. Moreover, if any of the respective parties has a position with respect to the propriety of appointing a guardian *ad litem* for Plaintiff Jill Bedow, the Court will also permit input on that issue.

Finally, if any party objects to the Order of this Court, they should reduce that objection or their position to writing and submit it to the Court in the form of a letter with copies to all parties.

D.W.F.