UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * *

Steven Roy Randall,
and Jill Renee Bedow,

Plaintiffs,

vs. ORDER

Minnesota Comprehensive Epilepsy Program; Robert Jerome Gumnit, M.D.; Ilo Elmar Leppik, M.D.; Douglas Heck; St. Joseph's Medical Center, Brainerd, Minnesota; Thomas Prusak, Administrator; Nicholas Berneier, M.D.; John C. Hammerly, M.D.; Minnesota Department of Human Services; Michael O'Keefe, Commissioner; and Terry Sluss, Crow Wing County Commissioner,

Defendant. Civ. No. 00-2067 (DWF/RLE)

* * * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 18th day of April, 2001.

* * *

By Order dated March 28, 2001, Judge Frank advised that the Plaintiff, Jill Bedow, was civilly committed to Brainerd Hospital on or about March 12, 2001. She is appearing pro se in this case, as is Steven Randall. From the Complaint, it appears that Ms.

FILED APR 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Bedow is acting on behalf of Mr. Randall, who has a traumatic brain injury.

As a result of Ms. Bedow's civil commitment, Judge Frank postponed the dispositive Motion which was to occur on April 4, 2001, to June 15, 2001, at which time the Court will hold a status conference. Similarly, as the Plaintiff appears to be without representation, and because both are apparently unable to properly litigate the case at this time, we also suspend any pretrial preparations involving this Court. If the parties would advise the Court of the status of this case, or when the case can move forward, we will resume pretrial supervision. Also, if any party objects to the Order of this Court, they should reduce their objection or position to writing, and submit it to the Court in the form of a letter with copies to all parties.

NOW, THEREFORE, It is --

ORDERED:

That the pretrial supervision by this Court is suspended until further Order of this Court.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE